

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00477-CV

David **SAB**,
Appellant

v.

Kathryn **SAB**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12373 DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The Appellee's Motion to Dismiss the Appeal as Frivolous is CARRIED WITH THE APPEAL.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court